| | | | |
|---|---|---|---|
| State v. Boulware<br><br>Case Below:<br>173 N.C. App. 641 | No. 613P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1609) | Denied<br>01/26/06 |
| State v. Bradley<br><br>Case Below:<br>175 N.C. App. 234 | No. 021P06 | AG's Motion for Temporary Stay<br>(COA05-410) | Allowed<br>01/13/06 |
| State v. Caudle<br><br>Case Below:<br>172 N.C. App. 261 | No. 433P05 | 1. AG's Motion for Temporary Stay<br>(COA03-1576)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>08/16/05<br>359 N.C. 854<br><br>2. Denied<br>10/06/05 |
| State v. Celaya<br><br>Case Below:<br>174 N.C. App. 626 | No. 697P05 | 1. Def's NOA Based Upon a Constitutional Question (COA05-95)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>ex mero motu<br>01/26/06<br><br>2. Denied |
| State v. Copeland<br><br>Case Below:<br>168 N.C. App. 729 | No. 292P05 | Def's Motion for "NOA" (COA04-534) | Dismissed ex<br>mero motu<br>01/26/06 |
| State v. Curry<br><br>Case Below:<br>171 N.C. App. 568 | No. 429P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-776) | Denied<br>01/26/06 |
| State v. Davis<br><br>Case Below:<br>173 N.C. App. 642 | No. 627P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1672) | Denied<br>01/26/06 |
| State v. Dierdorf<br><br>Case Below:<br>173 N.C. App. 753 | No. 618P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1685) | Denied<br>01/26/06 |
| State v. Duarte<br><br>Case Below:<br>174 N.C. App. 626 | No. 653P05 | 1. AG's Motion for Temporary Stay<br>(COA04-1455)<br><br>2. Def's Motion for Appeal | 1. Allowed<br>(12/01/05)<br>360 N.C. 178<br><br>2. Dismissed<br>ex mero motu<br>01/26/06 |
| State v. Fowler<br><br>Case Below:<br>174 N.C. App. 627 | No. 690P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-435) | Denied<br>01/26/06 |